09-15-2010

Mehdi Hojatizadeh
2117 Sawgrass Dr.
Little Rock,AR.72212

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 30 2011

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

4:11-CV-281 BSM

This case assigned to District Judge  Miller
and to Magistrate Judge  Deere

Brian Moynihan
CEO of B.O.A
#100 N.Tryon st.
Charlotte,NC.28255

Dear CEO:
My name is Mehdi Hojatizadeh.You have never heard of me before till now.I was born on June12,1951.I graduated from the Univ.of ARK. at Little Rock(UALR) in 1982 with a B.S degree in chemistry.After working 18 years in a Coating CO.Valspar decided to close its manufacturing operation in Little Rock,AR.

On Aug.19th,2002 Bank of America hired me as a full time Teller for the center on 3500 S Univ.Ave.in Little Rock,AR. All these years I worked so hard and dedicated myself to the Banking Center for a better future.

I was terminated on Sept.10,2010 as a full time Teller by Michael Lane.One could say I was just another small cog in this giant machine(B.O.A).During all those foregoing years I asked my previous Managers and assistant Manager to let me to be trained to become a personal Banker.Each time I was met with resistant and excuses.They just wanted to feather their own nests.

I have witnessed people being hired with no banking experience to be trained as managers and personal bankers.After a while some had quit and left Bank of America.The practice is still continuing as I write this letter to you.

Before my termination the Banking Center received a new Manager in early part of 2010 that was transferred from Tuson,AZ.Michael Lane became our new Manager.From the beginning he tried to intimidate everybody and to create an atmosphere of fear and suspicious.

He acted as if he owned the place with his abrasive behavior and attitude.There were a number of occasions that I tried to reason with him.Instead he would just raise his voice and tells me to shut up in front of other employees.He would say this is just bunch of B.S

On Friday Aug.27th,2010 we had a very scary situation at the Banking Center.I had a black gentelman customer coming to my window for a transaction.Michael kept tapping on his shoulder about a parking space.The gentelman told him to leave him alone and Michael kept bothering him.The customer finally lost his temper and with a loud voice called him all kinds of names(foul language).After his transaction was over I shook his hand to calm him down a little.He smiled and shook my hand.As he was leaving our Manager made another stupid remark.The customer turned around and once again called him all kinds of names and was about to physically harm him.After the customer left we all just looked at each other in disbelieve.Michael later came to my window and blamed me for shaking his hand.  I told him I did that on purpose to calm him down.

He would say his Irish ancestory,Irish blood and his family upbringing make his behavior go out of line.If that is the case I think he needs a heavy duty Blood Transfusion.

To me it is just another excuse for him to take a refuge behind it and treat employees the way he wants to treat them without being questioned.Employees are fearful to express their opinions.I had customers telling me that they do not like his behavior.

Mr.Moynihan: Bank of America Bureaucracy claims it raises the banner of equal opportunity for all employees.In my case that slogan was nothing but a mirage and cynical.They can gloss it over and sugar coat it,but that is just a temporary fix.It will catch up and will tear the veneer of the so called progress and harmony.

That is why I ,m writing this letter to you and let you know that I have been treated unfairly and got a raw deal.

Your response on this matter is greatly appreciated.

                                                             Cordially

                                           Jeli Hojatizadeh

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>846-2010-84027 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Mehdi Hojatizadeh | Home Phone (Incl. Area Code)<br>(501) 224-5140 | Date of Birth<br>06-12-1951 |
|---|---|---|

Street Address: 2117 Sawgrass Dr., Little Rock, AR 72212

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>BANK OF AMERICA | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(501) 562-7591 |
|---|---|---|

Street Address: 3500 S. University Avenue, Little Rock, AR 72204

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-01-2010    Latest: 09-10-2010
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired around 08/19/2002 as a Bank Teller. During my employment I have requested to be promoted and have been denied. They hire younger less qualified individuals to fill the positions. I was discharged on 09/12/2010.

I never get a reason as to why I do not get promoted. I was informed I was being discharged due to my balance accuracy was off.

I believe I was denied promotions and discharged because of my Age (59), in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED OCT 18 2010

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Oct 18, 2010      *[signature]*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Mehdi Hojatizadeh
2117 Sawgrass Dr.
Little Rock, AR 72212

From: Little Rock Area Office
820 Louisiana
Suite 200
Little Rock, AR 72201

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2010-84027 | Kerie M. Frantzen, Investigator | (501) 324-5360 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

/s/ William A. Cash, Jr., Area Office Director

JAN 1 8 2011 *(Date Mailed)*

Enclosures(s)

cc: Teresa Gardner-Turner
VP, Employee Relations Case Manager
BANK OF AMERICA CORPORATE CENTER
3021 Prosperity Church Road
Charlotte, NC 28269