IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**MEHDI HOJATIZADEH**                                                                                        **PLAINTIFF**

v.                                   **CASE NO. 4:11CV00281 BSM**

**BANK OF AMERICA; and**
**BRIAN MOYNIHAN, CEO of**
**BANK OF AMERICA**                                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, this case is dismissed with prejudice.

Dated this 13th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE